IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2017 MAY 10 A 11: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| IN RE: SUBPOENA | ) | CASE NO. 2:17-cm-3102-TFM |
| | ) | |
| (josh.rose.jr01@gmail.com) | ) | FILED UNDER SEAL |

## MOTION TO UNSEAL

**COMES NOW** the United States of America, by and through A. Clark Morris, Acting United States Attorney for the Middle District of Alabama, and respectfully moves the Court to Unseal Case No. 2:17-cm-3102-TFM, which includes the Application and Order pursuant to 18 U.S.C. § 2705(b) and its supporting documents filed on February 9, 2017, in the above captioned case.

Respectfully submitted this 10th day of May, 2017.

FOR THE ACTING UNITED STATES ATTORNEY
A. CLARK MORRIS

/s/ Hollie W. Reed
Hollie W. Reed
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: hollie.reed@usdoj.gov