IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: SUBPOENA | ) | CASE NO. 2:17-cm-3102-TFM |
| | ) | |
| (josh.rose.jr01@gmail.com) | ) | **FILED UNDER SEAL** |

## O R D E R

For good cause shown it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Case No. 2:17-cm-3102-TFM, which includes the Application and Order pursuant to 18 U.S.C. § 2705(b) and its supporting documents filed on February 9, 2017, be **Unsealed.**

**DONE** this the 10th day of May, 2017.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE